UNITED STATES BANKRUPTCY COURT
DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE:<br>GILBERTO LUIS ACEVEDO BARROSO<br>XXX-XX-7513<br><br>DEBTOR (S) | CASE NO. 07-00824-BKT<br><br>CHAPTER 13 |

TRUSTEE'S OBJECTION TO CLAIM #10-1
FILED BY (OR ON BEHALF OF):EUROLEASE DIVISION OF EUROBANK

TO THE HONORABLE COURT:

The Trustee objects to Claim #10-1, filed on May 29, 2007 for the amount of $43,176.53, classified as UNSECURED on the following grounds:

• Failure to comply with BR 3001(c), no written evidence of the claimed debt was filed with the proof of claim.

WHEREFORE the Trustee respectfully prays that this motion be granted for the reason herein set forth and that an order be entered:

Disallowing objected Claim.

30 DAY NOTICE AND CERTIFICATE OF SERVICE: Pursuant to BR 3007 the Chapter 13 Trustee certifies that a copy of this motion has been served by regular US Mail on this same date to: the Debtor(s), his/her/their attorney the objected claimant and its counsel of record (if any) and are hereby notified that unless an opposition to this motion is submitted in writing within 30 days from the date appearing in the certificate of service,infra, the Court may grant this motion without the need of an actual hearing. (See attached Verified Statement)

In San Juan, Puerto Rico this Tuesday, April 12, 2011.

/s/ Jose R. Carrion
JOSE R. CARRION
CHAPTER 13 TRUSTEE
PO Box 9023884, Old San Juan Stat.
San Juan, PR 00902-3884
Tel. (787) 977-3535
Fax  (787) 977-3550

07-00824-BKT
                                    GILBERTO LUIS ACEVEDO BARROSO


                            VERIFIED STATEMENT


     The undersigned, of legal age and as employee of Jose R. Carrion,
Chapter 13 Trustee Office, hereby certifies that on this same date, I
personally and duly notified a true and exact copy of the attached motion
to each party below listed.


     GILBERTO LUIS ACEVEDO BARROSO    EUROLEASE DIVISION OF EUROBANK
     PASEO DE LA CEIBA                PO BOX 192099
     111 CALLE POMAROSA               SAN JUAN, PR  00919-2099
     JUNCOS, PR  00777


     ROBERTO FIGUEROA CARRASQUILL*    GILBERTO LUIS ACEVEDO BARROSO
     PO BOX 193677                    PASEO DE LA CEIBA
     SAN JUAN, PR  00919-3677         111 CALLE POMAROSA
                                      JUNCOS, PR  00777


In San Juan, Puerto Rico this Tuesday, April 12, 2011.

                                            *Olga Sosa* (signature)
                                     _____
                                            Chapter 13 Clerk